No. 76–6181. SELLMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–6213. PERRY *v.* MULLIGAN, CHIEF PROBATION OFFICER FOR ESSEX COUNTY. C. A. 3d Cir. Certiorari denied.

No. 76–6216. JOHNSON *v.* SUPERINTENDENT, CLIFTON T. PERKINS HOSPITAL CENTER. C. A. 4th Cir. Certiorari denied.

No. 76–6220. BAKER *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 76–6222. KINCAID *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 76–6229. SAVCHUK *v.* KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 76–6230. SIMPSON *v.* BAR ASSOCIATION OF GREATER CLEVELAND. Sup. Ct. Ohio. Certiorari denied.

No. 76–6234. WINEGAR *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 76–6239. FOURNETTE *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6249. JONES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 76–6250. CRAMPTON *v.* GRAY, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.